UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN M. BANDA, JR., : | |
| : | Civil Action No. 07-0869 (KSH) |
| Plaintiff, : | |
| : | |
| v. : | **ORDER** |
| : | |
| DEVON BROWN, et al., : | |
| : | |
| Defendants. : | |

For the reasons expressed in the opinion filed herewith,

IT IS on this 30st day of May, 2007,

ORDERED that plaintiff's application to proceed <u>in forma pauperis</u> is hereby granted pursuant to 28 U.S.C. § 1915(a) and (b); and it is further

ORDERED that the Clerk of the Court shall file the complaint without prepayment of fees or security; and it is further

ORDERED that the complaint is DISMISSED WITHOUT PREJUDICE; and it is further

ORDERED that the Clerk of the Court shall close the Court's file in this matter.


/s/ Katharine S. Hayden
Katharine S. Hayden
United States District Judge